

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victoria A. Norman, Todd G. Norman<br><br>Plaintiff,<br><br>V.<br><br>FCA US, LLC; Does 1 through 10, inclusive<br><br>Defendant. | Civil Action No. 24-cv-01963-TWR-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Offer of Judgment Against FCA US, LLC; which was dated and served on Plaintiff on February 14, 2025 was accepted by Plaintiff on February 14, 2025. Judgment is entered as such: FCA agrees to a statutory repurchase and to pay Plaintiffs a total sum of $75,000 and will pay the remaining loan balance or residual value on the Subject Vehicle, if any, directly to the appropriate party or entity.

Date: 3/18/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy